IN FORMA PAUPERIS ENCLOSED.

Roland Thomas KOCH (NAME)
24511 West Jayne Ave.
Coalinga, CA
93210

IN PRO SE / PRO PER

FILED
AUG 0 9 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

NEW case, 2019

IN THE DISTRICT COURT OF THE STATE OF CALIFONIA

IN AND FOR THE COUNTY OF SACRAMENTO

EASTERN DISTRICT COURT

2:19-CV-1535 CKD P

ROLAND THOMAS KOCH, Plaintiff,

V.

SHERIFF SCOTT JONES, et. al., Defendant(s),

County of Sacramento, et. al.,

Case No: ______

CIVIL RIGHTS COMPLAINT UNDER: 42 U.S.C. § 1983 (NON-Prisoner)

JURY TRIAL DEMANDED

Court:____ Date:__________ Time:__________

I. JURISDICTION

This court has Jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question Jurisdiction arises pursuant to 42 U.S.C. §1983.

II. VENUE

Venue is proper pursuant to 28 U.S.C. § 1391 because all of the defendants reside in the jurisdiction of this court, district, and division.

RTK

# III. POINTS AND AUTHORITIES

Jones v. Blanas, 393 F. 3d 918 (2004).
King v. county of Los Angeles, (2018) 885, F. 3d 548,
Koch v. Scott Jones, (2016), 2:15-cv-0739-JAM-CKB,

Still Active/ongoing (2018), Koch v. Jones, 2:18-cv-02518-CKD-P; in which was served upon said Defendant WHILE plaintiff was detained in the period THIS suits violations were being done to plaintiff.

Note: Defendant Still did NOTHING to correct said violations of law. NONE of them.

Alberti v. Sheriff of Harris co. tex. 406 F. supp. 649 (S.D. Tex. 1975)
costello v. wainwright 525 F. 2d 1239, 5th cir. (1976).
Miller v. Carson 401, F. supp. 835 M.D. Fla. (1975).
Gates v. collier 501 F. 2d 1291 5th cir. (1974).
Smith v. Sullivan 553 F. 2nd 373 5th cir. (1977).
mitchel v. Unteiner 421 F. supp. 866 N.D. Fla. (1976).
Martinez v. Rodriguez 409 F. supp. 582 D.P.R. (1976).

On 05-17-2019 I'd filed a Motion to enforce Settlement Agreement in my prior TWO cases against SCMJ - yet SCMJ still never made ANY changes or attempts to follow the law.

Between my 2016 case and now SCMJ had the time and resources to do a Television Show in the Jail.... rather than use that time and resources to adhere to the law, OR utilize said benifits to comply to the law; in my case.

[initials]

# IV. PARTIES

## PLAINTIFF:

Plaintiff, MR. Roland Thomas KocH, currently resides at, 24511 WEST JAYNE AVE., Coalinga, California, 93210.

## DEFENDANT(s):

Defendant, MR. Sheriff Scott JONES (county of Sacramento), in his official AND/OR Individual capacity, "residing" at; 711 G STREET, Sacramento, california, 95814; AND/OR 700 H STREET, Sacramento, california, 95814 (916-874-5411), is and was at all times relevant herein, The personal Munici-palicy responsible for the policies giving rise TO, The moving force behind the injury(s) alleged by the Plaintiff, has partial causation of harm to said Plaintiff as The Top policy maker for the sheriffs Department, which encompasses SCMJ (The Sacramento county main Jail) where Plaintiff was DETAINED.

He is responsible for the deficient policies, customs, practices, Training and/or Lack Thereof That are the causes of harms and mistreatments herein, which caused The mutiple civil and constitutional violations complained of herein, resulting with The infringements of plaintiffs Fourteenth Admendment Rights and Fourteenth Admendment Rights under The Eight Admendment standards; To be free From cruel and unusual punishment, The right To reasonable, adequate and nessary medical care and treatments; RIGHTS protected by The united states constitution.

He, Sheriff Scott Jones, is Further responsiable for the

RTK

conditions of confinement for CIVIL DETAINEES by policy, within "SCMJ", to wit; NOT to be identical To, similar To, and/or NOT more RESTRICTIVE than criminal counterparts.

He is and was completely well aware that the Plaintiff was a civil Detainee the entire times he was detained within the SCMJ; Through prior lawsuits, notification through facility Mail system, and classification officers.

## V. PREMIS

The complaint herein is based on civil and constitutional violations on conditions, confinements, and treatment the plaintiff is to receive, held under the welfare and Institution Code §6600, while detained at SCMJ. The violations are supported and based on the standards set forth in Two (2) Ninth Circuit cases, Jones v. Blanas, 393 F.3d 918 (2004), and King v. County of Los Angeles, (cir. 2018) 885, F.3d 548; AND MR. KOCHS (Plaintiffs) PRIOR case against Defendant, KOCH v. Jones, 2:15-cv-0739-JAM-CKB; to which a settlement agreement was reached, And The FACT while these current violations in which occured the plaintiff notified Defendant that a CURRENT suit is/was filed WHILE plaintiff was being detained, KOCH v. Jones, 2:18-cv-02518-CKD-P,

## VI. EXHAUSTION

Numerous interdepartmental mail and staff, "Kites" and "Grievances", were utilized in preexhaustion attempts, (25.it.)

GRK

The enactment of the PLRA in 1996 imposed Two (2) Filing requirements: Filing fees, 28 U.S.C. § 1915 and the exhaustion of administrative remedies 42 U.S.C. § 1997(e), Both state for "Prisoners", That the definition of "Prisoner" for The purposes of these provisions of the PLRA is explicit, As used in 28 U.S.C. § 1915, The Term "Prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or The terms and conditions of parole, probation, pretrial release, or diversionary program, In 42 U.S.C. § 1997 (e) identical language is used.

The California welfare and institution Code § 6600 does not provide for criminal sanctions, but for the civil proceedings, and/or, commitment of an individual. In The Ninth Circuit in, Page v. Torrey, 201 F.3d 1136; holds these Two (2) PLRA requirements do NOT apply to civil commitment or detainees.

## VII. BACKGROUND

The plaintiff was Transported by Sheriff Deputies on April, 17th, 2019, from Coalinga State Hospital, to SCMJ. The plaintiff was taken into custody at 1355 hours by SCMJ, processed, and then detained for The duration of his stay. During his DETAINMENT, as a CIVIL Detainee, he suffered continuous civil and constitutional violations of conditions of confinement and treatment of CIVIL DETAINEES.

GEK

Allmost all violations were Repeate violations suffered on his TWO (2) prior detainments, and violations of his LAST civil suits conditions, and it's settlement agreements. After over three mouths suffering the plaintiff was then transfered back To Coalinga State Hospital.

## VIII CAUSE OF ACTIONS

CAUSE ONE:

Referencing and repeating the allegations in the attached Declaration of MR. Roland Thomas KOCH (plaintiff), Defendant Sheriff SCOTT JONES (COUNTY of Sacramento) is liable be-cause said policies made by top policy-makers in and for The Sheriffs Department/SCMJ is so deficient, it is The acronable cause of said violations; because said policies make conditions of confinement for CIVIL DETAINEES either identical To, similar TO, or excessively more restrictive, and do not comply with, Jones V. Blanas, King V. County of Los Angles, KOCH V. Jones or The Jails OWN rule book.

Also, The customs and practices of deputies either shying away for policy, and/or The deliberate mis treat-ment of $6600 civil detainees received into SCMJ. In previously settled agreements The failure To act on and make the agreed upon changes, lawfully, are causes for liability. These are elements of The Moving forces in The violations of The fourteenth Admendment and The Eight Admendments Rights under The fourteenth.

RTK

CAUSE TWO:

Referencing and repeating The allegations in The attached Declaration of MR. Roland Thomas KOCH (Plaintiff), The Defendant Sheriff Scott Jones, et al., is liable by setting in motion/doing nothing at all a Series Of omissions of failing to Fix, Change, or remedy The mutiple deficient and harmful policies! As these policies of confinement conditions of a §6600 civil Detainee fall well below the restrictions of criminal counter-parts being held for actual crimes. Along with exstensive documentation to verify and support prior civil suits and said civil and constitutional violations of Plaintiff Rights, These are moving Forces and Info of said violations Herein stated.

## IX. PRAYER/REQUEST FOR RELIEF

I, MR. Roland Thomas KOCH, the plaintiff believe and request that I am lawfully and reasonabally entitled to These specific reliefs:

1). Award damages in The amount of $691,200.00 [1], based on the $60,000.00 of Jones V. Blanas, That the Defendant Violated The following COURT RULINGS: KOCH V. Jones, Jones V. Blanas, King V. County of Los Angeles; AND Knowlingly ignored The 2016 suit of KocH V. Jones, 2:18-cv-02518-CKD-P in NOT even attempting To 'Fix' ANY said violations, AND

[1] See attached "Calculation Formula" Sheet, pg: 13.

RTK

that Evidence clearly indicates Defendant retaliated and harrassed the plaintiff for prior suits AND/OR being a civil §6600 Detainee.

2). Previously settled changes to be implimented.

3). Permit Plaintiff to rewrite the SCMJ RULE/orin-tation book insert That applies ONLY To civil Detainees, and order Defendant NOT To rewrite it as he already did, To exclude said 'Rules'.

4). Allow amendments as The court deems relivant.

5). Appointment of counsel when The court deems fit.

6). Award any other damages The court deems appropriate or valid.

7). Order any other inJunctions or modifications The court deems fit or appropriate To protect Petitioners, States, Federal and constitutional Rights.

08-05-2019
DATE

MR Roland Thomas KOCH
Plaintiff in Pro Se

DEMAND FOR TRIAL BY JUDGES

Plaintiff humbly requests a trial by a Jury of Judges due to the potential inflammatory and PreJudical element of Petitioners §6600 PRE Trial status That may arise in trial, So much that it would detract from an impartial Jury, OR disallow The §6600 status, as it is not relivant To the case any way, to be allowed to be

RTK

introduced into the proceedings.

FINAL REQUEST

This petitioner/Plaintiff begs of the courts to assign The Honorable Judge CAROLYN K. DELANEY, United States Magistrate Judge, to this complaint due to the fact she is presiding over my current suit against the Defendant, is aware of this issue, and is well renowned for being fair and impartial.

08-05-2019
DATE

MR. Roland Thomas KOCH
Plaintiff in Pro per

DECLARATION OF ROLAND THOMAS KOCH

I, Roland Thomas Koch, do declare the following:

1). I am a civil Detainee; NOT: "a Patient", "a criminal of any Kind", "a prisoner", on any Kind of parole, probation, or the like. I AM, and have BEEN for over TEN (10) YEARS "A law Abiding United States citizen AWAITING a civil hearing on a civil commitment."

2). On 04-17-2019 at approximatly 1355 hours I ar-

RTK

rived at SCMJ as a civil Detainee, To address a MARSDEN motion/hearing; A civil case.

3). I Did notify custody officers I was NOT a prisoner but a civil Detainee.

4). The following things I declare as factual and true sufferings and hardships and stressful conditions, I was forced to endure for over Three (3) months; but are NOT ALL listed here and now:

- Library: once, (And there's one ON this 8E housing location!!!)
- Dayroom: ½ hour a day, mostly, and at random ?? Times, by myself,... and despite "security" the CRIMINAL Porters were not locked down-ever,....
- *Patient Steve Holland was detained on the 3E Floor in MAY 2019!
- Intake holding cell: 15 hours with common criminals.
- Medications: over a month and sporatic AND LESS Than.
- Clothing: one set changed Twice a week,
- Job: NOT allowed.
- Money $ Packages: NoNe for 2 months, "I wasn't here!"
- Rulebook: Revised - Removed civil Rights sections.
- Hygene: No shampoo, conditioner, Toothpaste, Q TIPS, ECT.
- Outside rec: NONE.
- Leisure: No games, books, ECT access. (beg and pay porters).
- Television: ½ hour dayroom - TV Too small from cell.
- Phones: can NOT leave messages and no local calls.
- Kites $ Grievances: 97% Never answered.
- welfare supplies: Charged! AND shorted! Did NOT Receive what the Law AND Rulbook said - AND was charged!

*one had on "88" Tattoo: white supremist!

[initials]

Vocational Programs: NONE,

Educational: NONE,

Social interaction: was a civil Detainee on 300 Pod, we both begged for over a month to cell up....(then Jacob Pelfrey),

Toilet: 3 Flush limet, violation, I urinate a lot....

Hot water / ICE: NONE. Tea, coffee, Juice!!! Room Temp!

Pillow: None! Sheets: NONE,

Mattress: ONE!! sleep on PLASTIC and sweat on 1 side!

Kites and Grievances: Have to raise hell and beg!

Pencil sharpener: None, I use my bed and floor!

Blankets: 2, can change ONE once a month, once a month!

clock: NO clocks, no way to tell time!

TABLET: I was a factor, FIRST law suit, in getting the tablets approved, I was PROMISED I would get to have FIRST access (even before workers) to them when I signed my agreement... look at the SIGNING PAGE of my 2:15-cv-759 case!! I've not got to use one at all.

5). After weeks on 7E Floor, "compliance officer" MR. STEVENSON was assigned to assist a grievance (which to this day remains UNanswered) of issues with/for me. "They" (I Point at MR. SCOTT JONES) limeted his authority and finally ordered him to STOP helping me get THE LAW complied to. (stevenson DID try.)

6). I've had to decline dayroom a lot of times due to pain, I've pressed the "emergency button" (I've detailed logs!) and MOST times never am I issued ANY Medications. NOTE I ONLY take IBProphen, Tynol, and immatrex, over-the-counter medications!!!

7), I am, have always been, "hyperactive"..... Full of energy. To leave me locked in a Tolite-bowl-cell with nothing to do for 23½ hours (or more) a day, every day, for weeks and months is..... And in physical, back and left shoulder, pain without any thought about me....., as if I'm less than a criminal..... unconsiable! And I'm "not being punished"..... O-KAY..... Ever have that point in your exsistance where if you were'nt so depressed and in pain you'd be in a rage and wanting to blow up the world? me? Every-freaking-dam-day-at-that-hellhole!

8). Said conditions so declared ARE FAR FAR Far more punitive, restrictive, and degenerative than those of my criminal counter-parts.

9). And I close this Declaration with this, I believe, allagation: I personally believe Sheriff Scott Jones has interfeared with my communications with the outside world, created and maintained detain-ment standards FOR ME explicitivley in retal-atory for prior suits and my §6600 statis.

I, Roland Thomas Koch, do hereby swear under oath and integerty and perjury that these thirteen hand-written pages are absolute fact and truth to my ed-ucated knowledge, on this 8th day of August, 2019.

08-05-2019
DATE

Mr. Roland Thomas Koch / Pro Per

RTK

① CALCULATION FORMULA

Following 'calculation formula' is used for the relief sought in this case, the Base conceptual is the $60,000.00 in Jones v. Blanas, and the $78,000.00 in Koch v. Jones.

Factors include, but are not limited to;

Physical pain, Mental pain, stress, hardships, loneliness, depression, boardom, Loss of freedom and liberty (duely noted as limited), violations of rights specific to plaintiff by the courts, endangerment from common criminals, and the added anguish caused by NOT knowing when said mis-treatment would end, and blatant disregard for our LAWS.

It should be noted clearly this calculation is ONLY for a Ninety (90) day period, and should be recalculated for each day beyound said 90 days! Simple, Fair math.

My time: $10.00 an hour, minium wage even;
X 24 hours per day, $240.00;
X 90 days, $21,600.00; Ect.;

a. X 2 Above Total for Violation of Jones v. Blanas;
b. X 2 Above total for Violation of King v. County of L.A.;
c. X 2 Above total for Violation of Koch v. Scott Jones;
d. X2 For ALL other listed cases / Notations;
e. X2 For "Three strikes", RE: complete disregard for the law!

"a" : Mistormeaner = $43,200.00 +
"b" : First 'Felony' = $86,400.00 +
"c" : Second 'Felony' = $172,800.00 +
"d" : Third 'Felony' = $345,600.00 +
"e" : 'Three Strikes' = $691,200.00.

Defendant DID break the law.....KNOWINGLY! Again, and again!

Roland Thomas Koch 08-05-2019 RTK