**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
MaryJo E. Smart, SBN 332879
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SCOTT JONES and COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roland Thomas Koch, | CASE NO. 2:19-cv-01535-JAM-CKD |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Sheriff Scott Jones, et al., County of Sacramento, et al. | |
| Defendants. | |

## ORDER

Having reviewed the corresponding stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that this entire action be dismissed against defendants COUNTY OF SACRAMENTO and SCOTT JONES with prejudice. Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.
Dated: November 9, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

{02506699.DOCX}                                             1
**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**